THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES ANTHONY WILLIAMS, | CASE NO. C19-1868-JCC |
| Plaintiff, | ORDER |
| v. | |
| DR. VARNELL *et al.*, | |
| Defendants. | |

This matter comes before the Court on the report and recommendation of the Honorable Mary A. Theiler, United States Magistrate Judge (Dkt. No. 4). Having thoroughly considered the report and recommendation and the relevant record, the Court hereby FINDS and ORDERS that:

1. The report and recommendation (Dkt. No. 4) is ADOPTED.
2. Plaintiff's application to proceed *in forma pauperis* (Dkt. No. 1) is DENIED.
3. Plaintiff is directed to pay the $400 filing fee within 30 days of the date on which this order is issued. Failure to timely submit the requisite filing fee will result in immediate termination of this action.
4. The Clerk is DIRECTED to send a copy of this order to Plaintiff and to Judge Theiler.

//

ORDER
C19-1868-JCC
PAGE - 1

1       DATED this 16th day of January 2020.

A picture containing drawing

Description automatically generated

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
C19-1868-JCC
PAGE - 2